**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

    **vs.**                    **4:07CR00068-01-WRW**

**KEITH MAURICE PRIDE**

**ORDER**

Pending is Defendant's Motion for Reconsideration[1] of my order detaining him until

he is sentenced.   The prosecutor does not object to the motion.

Defendant is subject to the mandatory detention provisions of the Bail Reform Act.[2]

However, in exceptional circumstances, a defendant may be released before sentencing.[3]

After revisiting this issue, I can find no evidence clearly showing that Defendant is an

exception to the rule, and is entitled to relief under either 18 U.S.C. § 3134(a)(2) or 18 U.S.C.

§ 3145(c).  Defendant's motion (Doc. No. 19) is DENIED.

IT IS SO ORDERED this 9th day of October, 2007.

                          /s/Wm. R. Wilson, Jr.
                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 19.

[2] 18 U.S.C. § 3143(a)(2) states that a judicial officer shall order that a person who has been found guilty of an offense set out in 18 U.S.C. § 3142(A), (B) or (C) and is waiting to be sentenced shall be detained..

[3] 18 U.S.C. § 3143(a)(1) states that a person found guilty of an offense may not be detained if it is shown that the person is not likely to flee or pose a danger to the community. See also 18 U.S.C. § 3145(c) which states that a person subject to detention . . . who meets the conditions of release set forth in section 3143(a)(1) or (b)(1), may be ordered released, under appropriate conditions, by the judicial officer, if it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate.